1
2
3
4
5
6
7            UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA
9                  WESTERN DIVISION
10

| | | |
|---|---|---|
| 11 MARTHA I. PEREZ, | ) | No. CV 12-10369-VBK |
| | ) | |
| 12             Plaintiff, | ) | JUDGMENT |
| | ) | |
| 13       v. | ) | |
| | ) | |
| 14 CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social | ) | |
| 15 Security, | ) | |
| | ) | |
| 16             Defendant. | ) | |
| | ) | |

17

18    **IT IS HEREBY ORDERED** that the decision of the Commissioner is
19 reversed, and the matter is remanded for a new hearing consistent with
20 the Memorandum Opinion.
21

22 DATED:  August 19, 2013                    /s/
                                       VICTOR B. KENTON
23                              UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28